| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

CARLOS OCHOA-OROZCO, #26996-078 §
§
versus § CIVIL ACTION NO. 4:20-CV-518
§ CRIMINAL ACTION NO. 4:17-CR-47(2)
UNITED STATES OF AMERICA §

### MEMORANDUM OPINION AND ORDER

Case: 4:20cv518

Carlos Alberto Ochoa-Orozco 26996-078
Federal Correctional Institution
P.O. Box 3850
Adelanto, CA 92301

---

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
United States Courthouse
7940 Preston Road
Plano, Texas 75024

OFFICIAL BUSINESS

NORTH TEXAS, TX 750
12 NOV 2024 PM 7 L


RECEIVED
NOV 26 2024
Clerk, U.S. District Court
Eastern District of Texas

US POSTAGE PITNEY BOWES
ZIP 75024
02 7H
0006151824    $ 000.69⁰
NOV 08 2024

LOM

PLEASE FORWARD
USP LOMPOC
3901 KLEIN BLVD
LOMPOC, CA. 93436
ATTN: MAILROOM


NIXIE    911  DC 1    0011/20/24
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 75024236099    *2734-07644-12-42